The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below.



/S/ RUSS KENDIG

Russ Kendig
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| DENISE CAROLINE CARPENTER ) | CASE NO. 10-63742 |
| AND TIMOTHY LEE CARPENTER, ) | |
| ) | JUDGE RUSS KENDIG |
| Debtors. ) | |
| ) | **PRELIMINARY ORDER ON** |
| ) | **APPLICATION TO PROCEED** |
| ) | **IN FORMA PAUPERIS** |

This case comes before the Court upon Debtors' application for waiver of the Chapter 7 filing fee, filed on August 30, 2010. The Court will not grant or deny Debtors' application at this time. The Court finds that additional information is necessary before ruling on the application. Debtors shall provide verification of any additional household income, including social security income payable to dependants, as well as a copy of Debtors' 2009 federal income tax return, by no later than **September 17, 2010**. Debtors shall redact all personally identifiable information from the 2009 return. The tax return shall be filed as a private document on the court's docket. Failure to comply with this request will result in denial of the application to proceed in forma pauperis without further notice or hearing.

It is so ordered.

\#      \#      \#

**Service List:**

Pamela I. Theodotou
Theodotou & Associates
4449 Easton Way 2nd Floor
Columbus, OH 43219

Denise Caroline Carpenter
Timothy Lee Carpenter
1196 12th Street NW
New Philadelphia, OH 44663

Anthony J. DeGirolamo
Courtyard Centre, Suite 307
116 Cleveland Ave., N.W.
Canton, OH 44702